## Lowe, Appellant, *v.* Chartiers United Presbyterian Church, Appellant.

Argued April 13, 1966. *Francis H. Patrono,* with him *Patrono & Edwards,* for claimant; *Edward S. Martin,* for defendant.

Judgments affirmed.

Watkins, J., absent.

## Moore-Flesher Hauling Company et al., Appellants, *v.* Pennsylvania Public Utility Commission.

Argued April 12, 1966. *Edward Goldberg,* with him *Jerome Solomon* and *Edward M. Larkin,* for protestants, appellants; *Dominic J. Ferraro,* Assistant Counsel, with him *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission, appellee; *Allen Shaffer,* for applicant, intervenor.

Order affirmed.

Watkins, J., absent.